UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-619-FDW

| | |
|---|---|
| QUINCY TEEYON KETTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID AARON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Appoint Counsel, (Doc. No. 13), and on Plaintiff's Motion for Court Order Directing Defendants to Reply, (Doc. No. 14).

First, as to Plaintiff's Motion to Appoint Counsel, Plaintiff's motion is denied for the same reasons the Court has denied his prior motions to appoint counsel. See (Doc. Nos. 3; 9; 11).

Next, as to Plaintiff's Motion for Court Order Directing Defendants to Reply, Plaintiff notes correctly in the motion that the U.S. Marshal has not returned the summonses as either executed or unexecuted as to the named Defendants. Plaintiff asserts that when he filed the Complaint he also mailed to this Court summons forms for service on Defendants, but the docket does not appear to contain an attachment with such summons forms. The Clerk is instructed to resend summons forms to Plaintiff for Plaintiff to fill out and mail to the Court. **Plaintiff shall fill out the summons forms as to each Defendant and return them to the Court within 20 days of service of this Order.** Once the Court receives the summons forms, the Court will direct the U.S. Marshal to serve the summonses on Defendants.

-1-

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion to Appoint Counsel, (Doc. No. 13), and Plaintiff's Motion for Court Order Directing Defendants to Reply, (Doc. No. 14), are **DENIED**.

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge