**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-cv-619-FDW**

| | |
|---|---|
| **QUINCY TEEYON KETTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **DAVID AARON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on November 4, 2014. On May 14, 2015, this Court entered an Order directing service of process on various Defendants and instructed the Clerk's office to mail summons forms to Defendant to be returned to the Clerk for service of process by the U.S. Marshal. (Doc. No. 15). There is no notation on the docket report indicating whether the Clerk's office mailed summons forms to Plaintiff, and Plaintiff has not returned any summons forms to the Clerk. In accordance with this Court's order dated May 14, 2015, the Clerk is therefore instructed to mail summons forms to Plaintiff to be returned to the Clerk for processing and note as such on the Court's docket report. Plaintiff shall then have twenty days from service of the summons in which to return the summons forms to the Court. If Plaintiff does not return the summons forms to the Court within the time period allotted, this matter will be dismissed without prejudice and without further notice to Plaintiff.

**IT IS, THEREFORE, ORDERED that:**

The Clerk of this Court is instructed to mail three summons forms to Plaintiff to be returned to the Clerk for processing and note as such on the docket report. Plaintiff shall then have twenty

days from service of the summons in which to return the summons forms to the Court.  <u>If Plaintiff does not return the summons forms to the Court within the time period allotted, this matter will be dismissed without prejudice and without further notice to Plaintiff.</u>

Frank D. Whitney
Chief United States District Judge