**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-619-FDW**

| | |
|---|---|
| **QUINCY TEEYON KETTER,**           ) | |
|                                                             ) | |
| **Plaintiff,**           ) | |
|                                                             ) | |
| vs.                                                      ) | **ORDER** |
|                                                             ) | |
| **DAVID AARON, et al.,**           ) | |
|                                                             ) | |
| **Defendants.**           ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion following receipt of summons forms submitted by Plaintiff. See (Doc. No. 17). The summons forms have not been filled out correctly, as Plaintiff has not submitted a separate summons form for each Defendant, and Plaintiff has not supplied the Court with each Defendant's address on the summons form.

**IT IS THEREFORE ORDERED** that, within 20 days from service of this Order, Plaintiff must submit to the Court completed summons forms for Defendants Aaron, McLaughlin, and Parker. In filling out the forms, Plaintiff must: (1) prepare a separate summons for each Defendant; (2) write or type Defendant's name and address on the summons in the space provided; and (3) write or type Plaintiff's name in the space provided.

In accordance with this Order, the Court respectfully instructs the Clerk to mail Plaintiff three additional summons forms for Plaintiff to fill out in accordance with this Order and return to the Court for service by the U.S. Marshal.

Plaintiff is **hereby warned** that his failure to submit a summons form for each of these Defendants within 20 days, <u>and in accordance with this Order's instructions</u>, will result in dismissal of this action without prejudice for failure to comply with an Order of this Court and

for failure to prosecute.

**IT IS SO ORDERED.**

Frank D. Whitney
Chief United States District Judge