# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:14-cv-619-FDW

| | | |
|---|---|---|
| **QUINCY TEEYON KETTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DAVID AARON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Appoint Counsel, (Doc. No. 32), and on Plaintiff's Motion for Production of Documents, (Doc. No. 33).

First, as to Plaintiff's Motion to Appoint Counsel, Plaintiff's motion is denied for the same reasons the Court has denied his prior motions to appoint counsel.  See (Doc. Nos. 3; 9; 11; 15).

Next, as to Plaintiff's Motion for Production of Documents, the motion is denied. Pursuant to Local Rule 26.2 and the Court's scheduling order entered on October 14, 2015, all discovery requests in this matter are to be served on the parties, and discovery requests are not to be filed with the Court.  (Doc. No. 31 at 2).  Thus, Plaintiff shall serve his discovery requests on Defendants.

**IT IS THEREFORE ORDERED** that:

(1)     Plaintiff's Motion to Appoint Counsel, (Doc. No. 32), and Plaintiff's Motion for Production of Documents, (Doc. No. 33), are **DENIED**.

Frank D. Whitney
Chief United States District Judge