UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-619-FDW

| | |
|---|---|
| QUINCY TEEYON KETTER, )<br>)<br>       **Plaintiff,** )<br>)<br>vs. )<br>)<br>DAVID AARON, et al., )<br>)<br>       **Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Compel Discovery, (Doc. No. 37).

Pro se Plaintiff Quincy Ketter, a North Carolina state inmate currently incarcerated at Lanesboro Correctional Institution, filed this action on November 4, 2014, pursuant to 42 U.S.C. § 1983. On December 11, 2014, this Court found that the action survived initial review. (Doc. No. 11). On October 14, 2015, the Court entered a scheduling order, setting the deadline for discovery as February 11, 2016. (Doc. No. 31). Plaintiff filed the motion to compel on January 12, 2016, stating, among other things, that he had submitted interrogatories and requests for production of documents to Defendants, but that he had not yet received responses.[1]

The Court will deny Plaintiff's motion to compel, as Defendants have shown in their

---

[1] In their response to the motion to compel, Defendants state that they did not receive the discovery requests until November 23, 2015. Defendants further assert that on December 17, 2015, Defendants provided responses with about 255 pages of accompanying documents to Plaintiff by mail. Plaintiff's motion to compel was signed on December 29, 2015, but it was not filed until January 12, 2016. Thus, it is not clear whether Plaintiff had already received Defendants' responses when he filed the motion to compel.

1

response to the motion to compel that they have adequately responded to all discovery requests that do not seek privileged or other materials that are not subject to discovery, such as confidential personnel information.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Compel Discovery, (Doc. No. 37), is **DENIED**.

Frank D. Whitney
Chief United States District Judge