UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-619-FDW

| | |
|---|---|
| QUINCY TEEYON KETTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID AARON, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

In this civil rights prisoner action brought pursuant to 42 U.S.C. § 1983, this Court denied Defendants' summary judgment on December 5, 2016, as to Plaintiff's claim for excessive force. (Doc. No. 61). In the Court's order dated December 5, 2016, based on Plaintiff's prior requests for appointment of counsel, the Court stated that it would inquire into appointment of counsel to represent Plaintiff at trial. Attorney Jonathan Watkins of the law firm of Moore and Van Allen has since then agreed to provide pro bono representation to Plaintiff in this action.

Pursuant to 28 U.S.C. § 1915(e)(1), **IT IS HEREBY ORDERED** that Jonathan Watkins is appointed to serve as counsel for Plaintiff in this case.

Signed: February 28, 2017

Frank D. Whitney
Chief United States District Judge