UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-619-GCM

| | |
|---|---|
| QUINCY TEEYON KETTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID AARON, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff Quincy Teeyon Ketter's Motion to Reopen Discovery. (Doc. No. 67). The Court has reviewed the Motion and the parties' memoranda, and the Court has determined that the motion is supported by good cause.

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and the Scheduling Order entered in the above-captioned case, (Doc. No. 31), is hereby modified to allow Plaintiff to engage in the specific and tailored discovery requested in the Motion.

Signed: October 24, 2017

Graham C. Mullen
United States District Judge