# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Quincy Teeyon Ketter**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00619-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| David Aaron, et al | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court for trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's April 17, 2018 Verdict.

April 17, 2018

_____

Frank G. Johns, Clerk
United States District Court