UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-619-GCM

| QUINCY TEEYON KETTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DAVID AARON, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Motion/Petition for Rehearing, (Doc. No. 128), and on Plaintiff's Motion for Leave to Amend Complaint, (Doc. No. 129).

This Court held a trial in this matter in April 2018, and a jury found Defendants not liable on Plaintiff's claim against Defendants for excessive force, and the Court entered judgment on April 17, 2018. (Doc. Nos. 120, 121). In addition to filing a Notice of Appeal from this Court's judgment following the jury verdict, Plaintiff has also filed the pending motions.

Plaintiff's motions are both denied. First, the Court will construe Motion/Petition for Rehearing as a motion for new trial. Plaintiff's motion is denied, as Plaintiff has provided insufficient grounds to receive a new trial on his claims for excessive force. Furthermore, as to Plaintiff's motion to amend, this Court lacks jurisdiction to address the motion to amend, as Plaintiff has already filed a Notice of Appeal. Furthermore, this action has already proceeded through a full jury trial and the Court has rendered a judgment.

1

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Motion/Petition for Rehearing, (Doc. No. 128), and Plaintiff's Motion for Leave to Amend Complaint, (Doc. No. 129), are **DENIED**.

Signed: May 14, 2018

Graham C. Mullen
United States District Judge