UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-619-GCM

| | | |
|---|---|---|
| QUINCY TEEYON KETTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVID AARON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's second Motion/Petition for Rehearing, (Doc. No. 133), and on Plaintiff's second Motion for Leave to Amend Complaint, (Doc. No. 134).

Plaintiff's motions are both denied for the same reasons that the Court has already denied Plaintiff's previous motions for rehearing and for leave to amend. See (Doc. Nos. 128, 129, 130).

**IT IS SO ORDERED.**

Signed: July 23, 2018

Graham C. Mullen
United States District Judge

1